AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Jason Jerome Springer

*Defendant(s)*

Case No. 8:16MJ1752TGW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 11, 2016 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Wayne Nichols Nance, Jr.

*Complainant's signature*

Wayne Nichols Nance, Jr., Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 21, 2016

Thomas G. Wilson

*Judge's signature*

City and state: Tampa, Florida

Thomas G. Wilson, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Wayne Nichols Nance, Jr., being duly sworn, hereby depose and state the following:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed as a Special Agent with the FBI since 1998, and I am currently assigned to the FBI's Tampa Division in Tampa, Florida. My official duties include, but are not limited to, the investigation of individuals and groups who have committed violations of federal laws, including federal firearms laws. As a Special Agent, I have investigated and participated in numerous investigations and in the execution of arrest and search warrants.

2. This affidavit is made in support of an application for an arrest warrant for Jason Jerome SPRINGER, for being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

3. The facts contained in this affidavit are either personally known or have been told to me by other law enforcement officers and witnesses or are based upon my review of the evidence and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every detail or every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to arrest SPRINGER for the above-identified violation.

## II. PROBABLE CAUSE

4. On or about November 11, 2016, SPRINGER posted a video on his Facebook page showing an unknown person shooting an assault-style rifle at a shooting range. The username associated with the Facebook page is jason.springer.9022, and the Facebook page includes images of a person whom, based on this investigation, I know to be Jason Jerome SPRINGER.

5. The video SPRINGER posted on or about November 11, 2016, appears to have been captured using a cellular telephone or other non-professional handheld video-imaging device while at a shooting range. When he posted the video, SPRINGER included as the video's label, "AR-Fi-Teen." Based on my training and experience, and the type of rifle shown in the video, I believe SPRINGER used the label "AR-Fi-Teen" to indicate that the rifle shown in the video was an "AR-15" style assault rifle.

6. After reviewing the video posted to SPRINGER's Facebook page, an FBI Task Force Officer recognized the shooting range as Shooters World, located at 116 East Fletcher Avenue, Tampa, Florida 33612 ("Shooters World"), which is within the Middle District of Florida. Shooters World is a firearms store and rental facility with an attached indoor shooting range.

7. On or about November 18, 2016, I, along with other law enforcement personnel, visited Shooters World. Shooters World employees provided, among other things, documents, records, and surveillance footage dated November 11, 2016, the same date that SPRINGER posted the video described above to his Facebook page.

8. The records provided by Shooters World show that on November 11, 2016, SPRINGER visited Shooters World with his roommate, an unknown male, and the mother of SPRINGER's child ("SPRINGER's Partner"). The records show that SPRINGER's Partner rented the following three 9mm-caliber pistols in her name: a Glock 17, a Taurus 1911, and a Ruger LC9S. In addition, the records also show that SPRINGER's Partner purchased two 50-round boxes of "Sumbro" 9mm ammunition.

9. Before Shooters World allows a customer to use its attached shooting range, it requires the customer to complete a "Liability Waiver" that

asks, among other questions, whether the customer has been convicted of certain criminal offenses. SPRINGER completed and signed a Liability Waiver on November 11, 2016, which enabled him to use the attached shooting range. In completing the Liability Waiver, SPRINGER checked "No" in response to the question, "Have you ever been convicted of a felony or a Class A or B misdemeanor?"

10. A review of the November 11, 2016, surveillance footage provided by Shooters World shows the following:

a. SPRINGER arrived before 6 p.m. and left at approximately 7:20 p.m.

b. When SPRINGER arrived, he accompanied his Partner to a customer-service counter where SPRINGER's Partner purchased the Sumbro ammunition and rented pistols from a store clerk;

c. SPRINGER took possession of a bucket in which the store clerk placed one of the rented pistols and the purchased Sumbro ammunition;

d. After taking possession of the bucket containing the Sumbro ammunition and one of the rented firearms, SPRINGER and the people he was with prepared to shoot a target from one of the indoor range's shooting stalls; and

e. SPRINGER took a firearm, appeared to insert a magazine, and fired at least 12 rounds of ammunition at a target down range.

11. On or about November 18, 2016, I forwarded a photograph of a box of "Sumbro" 9mm ammunition that the FBI acquired from Shooters

World—the same make and model purchased by SPRINGER's Partner on November 11, 2016—along with a list containing the make, model, and serial number of the same pistols that SPRINGER's Partner rented on November 11, 2016, to a firearms and ammunition nexus examiner at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The ATF nexus examiner used this information to determine where the firearms and ammunition had been manufactured Based on his training, experience, and investigation, the ATF nexus examiner determined as follows:

a. The Ruger LC9S 9mm pistol was manufactured in Arizona;

b. The Taurus 1911 9mm pistol was manufactured in Brazil;

c. The Glock 17 9mm pistol was manufactured in either Georgia or Austria; and

d. The Sumbro 9mm ammunition was manufactured in Macedonia.

12. For the firearms and ammunition to be located in the state of Florida on November 11, 2016, they would have had to travel in or affect interstate or foreign commerce.

13. During the FBI's investigation, I received SPRINGER's certified conviction records from the state of Tennessee.

14. Before SPRINGER possessed the firearm and ammunition at Shooters World on or about November 11, 2016, he had been convicted of the following felony offense: Possession with Intent to Sell/Deliver Marijuana in

violation of Tennessee Statute 39-17-417, in case number F-63838, in the Criminal Court of Rutherford County, Tennessee, on or about June 29, 2010.

15. Based upon the FBI's investigation, neither the state of Tennessee nor the state of Florida has restored SPRINGER's civil rights, including his right to own, possess, or use a firearm or ammunition following his felony conviction.

16. Based upon the aforementioned facts and information, there is probable cause to believe that Jason Jerome SPRINGER unlawfully possessed a firearm and ammunition as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

WHEREFORE, I respectfully request that the Court issue an arrest warrant authorizing members of the FBI to arrest Jason Jerome SPRINGER.

FURTHER AFFIANT SAYETH NAUGHT.

Wayne Nichols Nance, Jr.

Wayne Nichols Nance, Jr.
Special Agent, FBI

Sworn and subscribed before me
this 21st day of November, 2016.

Thomas G. Wilson

THOMAS G. WILSON
United States Magistrate Judge