**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.: 8:16-cr-541-T-17TGW** | **DATE: February 24, 2017** | |
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JASON JEROME SPRINGER (present)** | **GOVERNMENT COUNSEL**<br>Daniel George and Simone Gaugush<br><br>**DEFENDANT COUNSEL**<br>*Pro Se*, Daniel Hernandez (stand-by counsel) | |
| **COURT REPORTER:** Sandra Provenzano | **DEPUTY CLERK:** | Sara Boswell |
| **TIME:** 12:12 – 12:23, 12:45 – 12:59 p.m.<br>**TOTAL:** 25 minutes | **COURTROOM:** | 14A |

**PROCEEDINGS:** STATUS CONFERENCE

Defendant is representing himself *pro se*. Stand-by counsel has been appointed. Discovery has been provided to Mr. Hernandez. Mr. Hernandez will meet with defendant to review the discovery.

Trial estimation: 2 – 3 days

Speedy Trial Waived Through: May 31, 2017

Oral motion to continue by defense.

Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by such continuance outweigh the best interest of the public and the defendant(s) in a speedy trial; this time is therefore, deemed EXCLUDABLE.

Status Conference: March 10, 2017 at 1:30 p.m.

Trial scheduled for: Monday, April 17, 2017 at 10:00 a.m. (date certain). The weeks of April 17th and April 24th will be reserved for this trial.

Court adjourned.