**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

CASE No. 8:16-cr-541-T-17TGW

DATE: MARCH 7, 2017

HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA
-v-
JASON JEROME SPRINGER

AUSA DANIEL GEORGE

PRO SE,
DANIEL HERNANDEZ
(stand-by counsel)

COURT REPORTER: N/A
DEPUTY CLERK: CYNTHIA SONNEMANN
COURTROOM 12A

TAPE: DIGITAL
TIME: 2:38-2:41, 2:56-3:02

**PROCEEDINGS: MOTION TO SUPPRESS EVIDENCE**

Mr. Hernandez indicates that the defendant does not want to pursue the motion to suppress and would like to enter a guilty plea. Defendant requests time to speak with the government regarding the plea agreement. Government indicates that it still needs to sign the plea agreement.

Court takes a brief recess.

Court reconvenes. Mr. Hernandez indicates that the government needs to sign the plea agreement and that the defendant has until this Friday in which to plea. Court advises the defendant to discuss with stand-by counsel the advantages to not having a plea agreement. Mr. Hernandez states that there is a status conference with Judge Kovachevich at 2:30 this Friday and requests a time to schedule the guilty plea. A hearing for the guilty plea will be scheduled for this Friday at 4:15.

Government raises the issue of the motion it filed today regarding supplemental conditions to the defendant's detention order. The government spoke with the Defendant and Mr. Hernandez about the general contents of the motion. The court is disinclined to discuss the matter now.

Order to follow.