United States District Court
Middle District of Florida
Tampa Division

United States of America
v.
Jason Jerome Springer

Case No 8:16-cr-541-T-TGW

Pro Se Litigant Motion to Recuse

By and through Pro Se Litigant, Jason Jerome Springer do humbly request Federal Judge Elizabeth A. Kovachevich to step down and relinquish her duties as residing judge in Federal Case No. 8:16-cr-541-T-TGW

Background

The prosecutions repeated attempts to conspire with inmates at the Pinellas County Detention Center and Federal Defenders Office in Tampa, Florida to criminally create falsified statements and or threats pertaining to Judge Elizabeth A. Kovachevich and its accusations of harm to her person can not be taken lightly.

## Discussion

It has come to me that individuals who were given knowledge of case no. 8:16-cr-541-T-TGW by the Federal Defenders Office subsequent to me terminating counsel have accused me of terroristic threats. Had these inmates alleged that it was not to harm Ms. Kovachevich I would think that her decisions in my case could be made unbiased.

## Conclusion

The court is an organ of the government. The prosecution can do no wrong in the eyes of the court and favor is reserved for individuals with good standings in it.

Wherefore, for the reasons stated above, I Jason Jerome Springer, Pro Se Litigant require Judge Elizabeth A. Kovachevich to remove herself from overseeing case no. 8:16-cr-541-T-TGW.

On this 12th Day of March in 2017

14400 49th St
Clearwater, Fl 33761

Respectfully Submitted
Jason Jerome Springer
Jason Jerome Springer

Jason Jerome Spenger 1700796 CCJ 3
14400 49th St
Clearwater, Fl. 33761

TAMPA FL 335
SAINT PETERSBURG FL
13 MAR 2017 PM 2 L



SCREENED
BY USMS

RECEIVED
~~MAR 14 REC'D~~

RECEIVED
MAR 15 REC'D

United States District Court
Middle District of Florida
Judge Elizabeth A. Kovachevich 14 A
801 N. Florida Ave.
Tampa, Florida 33602

33602-386030