UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:16-cr-541-T-24TGW

JASON JEROME SPRINGER

**NOTICE OF FILING ORDER**

The Court hereby provides notice to the parties that it has entered an order pursuant to Section 4 of the Classified Information Procedures Act and related to the United States' "Notice of Filing of Classified *In Camera, Ex Parte* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure" (*see* Document 77). The order is under seal and was filed with the Classified Information Security Officer or Designee.

Dated: This 23rd day of March, 2017

The Honorable Susan C. Bucklew
United States District Judge